UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HARRISON LEE STONE,<br><br>    Defendant. | Case No. 23CR0023-BAS<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
|---|---|

WHEREAS, in the Information the United States sought forfeiture of all right, title, and interest in specific properties of Defendant, HARRISON LEE STONE, ("Defendant"), pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), as firearms and ammunition involved in the violations of Title 18, United States Code, Sections 922(k), 922(o), 924(a)(1)(B), 922(o), and 924(a)(2), Title 26, United States Code, Sections 5841, 5861(d), and 5871, as set forth in Counts 1-4 of the Information, and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation, and as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 5 of the Information; and,

1  WHEREAS, on or about July 18, 2023, Defendant pled guilty before Magistrate
2  Judge Michael S. Berg to the offense set forth in Count 5 of the Information, charging the
3  defendant with Possession of Cocaine with Intent to Distribute in violation of Title 21,
4  United States Code, Section 841(a)(1), consented to the forfeiture allegations of the
5  Information, and agreed pursuant to Title 18, United States Code, Section 924(d), Title 28,
6  United States Code, Section 2461(c), and Title 21, United States Code, Sections 853(a)(1)
7  and 853(a)(2) to forfeit all specific properties seized in connection with this case including
8  but not limited to the following:

    a. Make: Sig Sauer Inc, Model: MCX Rattler, Caliber/type: Multi caliber pistol, S/N: 63F039613;

    b. Make: BCM, Model: BCM4, Caliber/type: Multi caliber pistol, S/N: A074745;

    c. Make: Radical Firearms LLC, Model: RF-15, Caliber/type: Multi caliber pistol, S/N: 21-017541;

    d. Make: Palmetto State Armory, Model: AK-P7, Caliber/type: 7.62 rifle, S/N: P7004550;

    e. Make: Izhnash, Model: Saiga-12, Caliber/type: 12g shotgun, S/N: H12404485;

    f. Make: Intratech, Model: Tec-22, Caliber/type: .22 caliber pistol, S/N: 080806;

    g. Make: Intratech, Model: Tec-DC9, Caliber/type: 9mmr pistol, S/N: D067019;

    h. Make: Springfield, Model: Hellcat, Caliber/type: 9mm pistol, S/N: BA195953;

    i. Make: Glock, Model: 27, Caliber/type: 9mm pistol, S/N: DBW835;

    j. Make: Glock, Model: 43, Caliber/type: 9mm pistol, S/N: AFET460;

    k. Make: Glock, Model: 45, Caliber/type: 9mm pistol, S/N: BSZY711;

    l. Make: Glock, Model: 22, Caliber/type:.40 caliber pistol, S/N: BUHP274;

    m. Make: Glock, Model: 17, Caliber/type: 9mm pistol, S/N: BTMG717;

n. Make: Taurus, Model: Tracker, Caliber/type: .44 caliber revolver, S/N: DW308037;

o. Make: Weihrauch (EAA Corp Imported), Model: Windicator, Caliber/type: .38 caliber revolver S/N: 1571185;

p. Make: Smith & Wesson, Model: SD9VE, Caliber/type: 9mm pistol, S/N: obliterated;

q. Make: Unknown, Model: Mini Draco, Caliber/type: 7.62 caliber pistol, S/N: none;

r. Make: FN, Model: five-seven, Caliber/type: 5.7 caliber pistol, S/N: 386375856;

s. Make: Unknown, Model: AK-47, Caliber/type: 7.62 caliber rifle, S/N: TA0161;

t. Make: Unknown Manufacturer, Unknown Machine Gun, Unknown caliber, S/N: Unknown ;

u. Make: Unknown Manufacturer, Unknown Rifle, Unknown caliber rifle, S/N: RW15-00050;

v. Silencer attached to INTRATEC TEC-22 Unknown Silencer CAL: Unknown SN:None;

w. Firearm silencer CAL Unknown;

x. All ammunition, magazines, firearm accessories, drugs, and drug paraphernalia seized by law enforcement on or about November 6, 2022 at 5425 Lake Murray Blvd, #11 and 1401 Broadway #2307; and

WHEREAS, on, August 3, 2023, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the Court finds that the United States has established the requisite nexus between the forfeited specific properties and the offense; and,

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above- referenced specific properties, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and,

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced specific properties which are hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant to Count 5 of the Information, the United States is hereby authorized to take custody and control of the following specific properties, and all right, title and interest of Defendant, HARRISON LEE STONE, in the specific properties are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

   a. Make: Sig Sauer Inc, Model: MCX Rattler, Caliber/type: Multi caliber pistol, S/N: 63F039613;

   b. Make: BCM, Model: BCM4, Caliber/type: Multi caliber pistol, S/N: A074745;

   c. Make: Radical Firearms LLC, Model: RF-15, Caliber/type: Multi caliber pistol, S/N: 21-017541;

   d. Make: Palmetto State Armory, Model: AK-P7, Caliber/type: 7.62 rifle, S/N: P7004550;

   e. Make: Izhnash, Model: Saiga-12, Caliber/type: 12g shotgun, S/N: H12404485;

f.  Make: Intratech, Model: Tec-22, Caliber/type: .22 caliber pistol, S/N: 080806;

g.  Make: Intratech, Model: Tec-DC9, Caliber/type: 9mmr pistol, S/N: D067019;

h.  Make: Springfield, Model: Hellcat, Caliber/type: 9mm pistol, S/N: BA195953;

i.  Make: Glock, Model: 27, Caliber/type: 9mm pistol, S/N: DBW835;

j.  Make: Glock, Model: 43, Caliber/type: 9mm pistol, S/N: AFET460;

k.  Make: Glock, Model: 45, Caliber/type: 9mm pistol, S/N: BSZY711;

l.  Make: Glock, Model: 22, Caliber/type: .40 caliber pistol, S/N: BUHP274;

m.  Make: Glock, Model: 17, Caliber/type: 9mm pistol, S/N: BTMG717;

n.  Make: Taurus, Model: Tracker, Caliber/type: .44 caliber revolver, S/N: DW308037;

o.  Make: Weihrauch (EAA Corp Imported), Model: Windicator, Caliber/type: .38 caliber revolver S/N: 1571185;

p.  Make: Smith & Wesson, Model: SD9VE, Caliber/type: 9mm pistol, S/N: obliterated;

q.  Make: Unknown, Model: Mini Draco, Caliber/type: 7.62 caliber pistol, S/N: none;

r.  Make: FN, Model: five-seven, Caliber/type: 5.7 caliber pistol, S/N: 386375856;

s.  Make: Unknown, Model: AK-47, Caliber/type: 7.62 caliber rifle, S/N: TA0161;

t.  Make: Unknown Manufacturer, Unknown Machine Gun, Unknown caliber, S/N: Unknown ;

u.  Make: Unknown Manufacturer, Unknown Rifle, Unknown caliber rifle, S/N: RW15-00050;

v.  Silencer attached to INTRATEC TEC-22 Unknown Silencer CAL: Unknown SN:None;

w.  Firearm silencer CAL Unknown;

        x.   All ammunition, magazines, firearm accessories, drugs, and drug paraphernalia seized by law enforcement on or about November 6, 2022 at 5425 Lake Murray Blvd, #11 and 1401 Broadway #2307; and

2.     The aforementioned forfeited assets are to be held by the Bureau of Alcohol, Tobacco, Firearms and Explosives in its secure custody and control.

3.     Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4.     Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited specific properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.     This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the specific properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited specific properties and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the specific properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

**IT IS SO ORDERED.**

DATED: October 16, 2023

*(signature)*
Honorable Cynthia Bashant
United States District Judge